7/2/2026 1:02 PM
26CV29048

## RETURN OF SERVICE

**State of Oregon**                    **County of Multnomah**                    **Circuit Court**

Case Number: 26CV29048

Plaintiff:
**Alena Wasson,**

vs.

Defendant:
**Walmart Inc.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Walmart Inc. c/o CT Corporation System, 780 Commercial St SE, Suite 100, Salem, OR 97301.**

I, Mitchell Garcia, do hereby affirm that on the **24th day of June, 2026** at **2:31 pm, I:**

Served **Walmart Inc. c/o CT Corporation System** by serving a true copy of the **Summons, Complaint, Plaintiff's First Request for Production, E-Service Consent, Mediation Notice** to **Eden Cloverglade, Service of Process Technician** in the office at **780 Commercial St SE, Suite 100, Salem, OR 97301**

**Certification of Mailing:** On **6/30/2026** a true copy of the above listed documents and this Return of Service was mailed by regular U.S. Postal Service mail, first class, postage prepaid to **780 Commercial St SE, Suite 100, Salem, OR 97301.** If mailed by other than server: X _Teresa Run_

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

**Mitchell Garcia**
Process Server
7/1/26

**Date**

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2026007258

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

**EXHIBIT 2 - Notice of Removal**
**Page 1 of 2**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

ALENA WASSON,

      Plaintiff,

      v.

WALMART INC., a Delaware corporation,

      Defendant.

Case No. 26CV29048

SUMMONS

TO:    **Walmart, Inc.**
       **c/o CT Corporation System**
       **780 Commercial St. SE, Suite 100**
       **Salem, OR 97301**

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Adam Kiel, OSB No. 091231
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)   BAR NO. (IF ANY)

Kafoury & McDougal, 411 SW Second Ave, Ste 200

Portland OR 97204        (503) 224-2647
CITY      STATE      ZIP      PHONE

Adam Kiel, OSB No. 091231
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)     BAR NO.

STATE OF OREGON   )
                ) ss.
County of Multnomah   )

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

Adam Kiel, OSB No. 091231, Attorney of Record for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Adam Kiel, OSB No. 091231, Attorney of Record for Plaintiff

**EXHIBIT 2 - Notice of Removal**
**Page 2 of 2**